UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOAN MACQUARRIE, et al., | Case No. 13-cv-02409-JST |
|---|---|
| Plaintiffs, | |
| v. | **ORDER SCHEDULING CASE MANAGEMENT CONFERENCE IN ALL RELATED CASES** |
| NIPPON YUSEN KABUSHIKI KAISHA, et al., | |
| Defendants. | THIS DOCUMENT RELATES TO ALL CASES |

**NOTICE TO ALL PARTIES:**

The Court will hold a case management conference in all related cases on November 20, 2013, at 10:00 a.m., in Courtroom 9, 19th Floor, 450 Golden Gate Ave., San Francisco, California. Any other case management conference scheduled in any related case is hereby VACATED.

**IT IS SO ORDERED.**

Dated: September 17, 2013

JON S. TIGAR
United States District Judge